ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 10 o'clock and 10 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00536-002 |
|---|---|---|
| Plaintiff, | ) | SATISFACTION OF JUDGMENT AND RELEASE OF NOTICE OF LIEN |
| vs. | ) | |
| Theodore J. Adriano, | ) | |
| Defendant. | ) | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on March 7, 2005, a Judgment in a Criminal Case was entered against Theodore J. Adriano (SSN: XXX-XX-6707) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $300.00 a fine of -0- and a restitution of $17,054.62.

Case 1:03-cr-00536-DAE    Document 60    Filed 01/03/2006    Page 2 of 2

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on March 11, 2005 at the Bureau of Conveyances, State of Hawaii, Document No. 2005-049209.

The special assessment, fine, and/or restitution amounts have been fully satisfied.

DATED: December 22, 2005          , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: /s/
EDRIC M. CHING
Assistant U.S. Attorney
Attorneys for Plaintiff

213.wp

2